IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

SCOTT DAVID FLETCHER,

 Plaintiff,

v.                Case No. 1:22-cv-00244-JLS

BUFFALO PSYCHIATRIC CENTER,
NEW YORK STATE OFFICE
 OF MENTAL HEALTH,
ANN MARIE T. SULLIVAN, M.D.,
"DOES 1-10," and
"MONROE DOE,"

 Defendants.

---

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel for Plaintiff suggests upon the record the death of Plaintiff Scott David Fletcher during the pendency of this action. The Estate of Scott David Fletcher will determine whether it will move to substitute as plaintiff within the time prescribed by that rule.

DATED: Williamsville, New York  NOLAN HELLER KAUFFMAN LLP
    November 1, 2024

                 /s/ Gregory Zini
               Gregory Zini
               305 Spindrift, Suite 2
               Williamsville, New York 14221
               (716) 536-0933
               gzini@nhkllp.com

## CERTIFICATE OF SERVICE

Counsel for all parties to this action will be served via the Court's CM/ECF filing system.

DATED:   Williamsville, New York        NOLAN HELLER KAUFFMAN LLP
         November 1, 2024


                                        _____/s/_____Gregory Zini_____
                                        Gregory Zini
                                        305 Spindrift, Suite 2
                                        Williamsville, New York 14221
                                        (716) 536-0933
                                        gzini@nhkllp.com